# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JORDAN ANTHONY ANDRE

NO.   2022 CW 0964

VERSUS

ARIANA MAE DELATTE

**SEPTEMBER 9, 2022**

---

In Re:   Ariana  Mae  Delatte,  applying  for  supervisory  writs,
Family  Court  in  and  for  the  Parish  of  East  Baton
Rouge, No. 228575.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  We find the trial court erred in denying the
exception of lack of jurisdiction filed by defendant, Ariana Mae
Delatte,  in  the  instant  case.   We  find  that  the  trial  court
erred in finding that the minor child's home state in this case
was Louisiana under La. R.S. 13:1813(A)(1).  **Sergeant v. DeRung,**
2016-1203  (La.  App.  4th  Cir.  3/8/17),  213  So.3d  423,  426-427.
At  the  June  28,  2022  hearing,  defendant,  Ariana  Mae  Delatte,
testified that her family moved to Utah in October, 2021, and
she intended to follow them there, and the evidence showed she
changed her driver's license to Utah.  Further, Delatte attended
prenatal visits in Utah, the minor child was born in Utah, the
minor  child's  pediatrician  is  in  Utah,  and  Delatte  obtained
insurance  and  a  social  security  card  for  the  child  in  Utah  as
well.  We  find  the  minor  child's  home  state  is  Utah.
Accordingly,  we  reverse  the  trial  court's  July  12,  2022  denying
the  exception  of  lack  of  jurisdiction,  filed  by  defendant,
Ariana Mae Delatte, grant the exception of lack of jurisdiction,
and dismiss plaintiff's petition.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT